UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-33409 |
|---|---|
| JOSEPH J CAPLINGER | (Chapter 13) |
| ROBYN L CAPLINGER | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| / 42 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 1,921.96 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service          05-33409

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JOSEPH J CAPLINGER
ROBYN L CAPLINGER
6771 LOCUSTVIEW DRIVE
DAYTON, OH  45424

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(39.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(42.4)
JOE M LOZANO JR
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(41.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(42.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(42.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(40.1n)
US ATTORNEY DAYTON
602 FEDERAL BUILDING
200 W 2ND ST
DAYTON, OH  45402

(29.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner          cs